IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP HAMMOCK                                                                                   PETITIONER

v.                                              NO. 5:10CV00149 SWW

RAY HOBBS, interim Director of the                                                        RESPONDENT
Arkansas Department of Correction

ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Phillip Hammock is dismissed. All requested relief is denied, and judgment will be entered for respondent Ray Hobbs. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied.[1]

IT IS SO ORDERED this 9th day of September 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The Court is not convinced that Hammock can "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." See Slack v. McDaniel, 529 U.S. 473, 484 (2000).