IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP HAMMOCK                                                                        PETITIONER

v.                                    NO. 5:10CV00149 SWW

RAY HOBBS, interim Director of the                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs.  The petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Phillip Hammock is dismissed.  All requested relief is denied.

IT IS SO ORDERED this 9th day of September 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE